AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Snyder, Christina A. | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>05/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Courthouse
312 Spring Street
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Attorney-Partnership |
| 2. | 2011 | Nexis-Lexis Book Royalty Income |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Genter Advisors Schwab DFA IRA Acct #1 | D | Dividend | O | T | | | | | |
| 2. IShares Russell 1000 Grwth IDX | | | | | Buy (add'l) | 01/26/11 | J | | |
| 3. | | | | | Buy (add'l) | 03/25/11 | J | | |
| 4. | | | | | Sold (part) | 04/05/11 | L | A | |
| 5. | | | | | Sold (part) | 07/14/11 | L | F | |
| 6. | | | | | Buy (add'l) | 08/03/11 | M | | |
| 7. | | | | | Buy (add'l) | 10/12/11 | L | | |
| 8. DFA US Large Cap Value Fund | | | | | Buy (add'l) | 04/14/11 | L | | |
| 9. | | | | | Sold (part) | 07/14/11 | N | E | |
| 10. | | | | | Buy (add'l) | 08/03/11 | N | | |
| 11. | | | | | Sold (part) | 10/11/11 | M | A | |
| 12. | | | | | Sold (part) | 10/31/11 | L | A | |
| 13. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 14. DFA Small Cap Value Fund | | | | | Sold (part) | 05/17/11 | J | A | |
| 15. | | | | | Buy (add'l) | 06/10/11 | J | | |
| 16. | | | | | Sold | 07/14/11 | M | E | |
| 17. DFA Int'l Value Fund | | | | | Sold (part) | 07/14/11 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Snyder, Christina A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/03/11 | L | | |
| 19. | | | | | Buy (add'l) | 10/31/11 | L | | |
| 20. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 21. DFA Emerg Mkts Core Equity | | | | | Buy (add'l) | 06/10/11 | J | | |
| 22. | | | | | Sold (part) | 07/14/11 | L | E | |
| 23. | | | | | Buy (add'l) | 08/03/11 | L | | |
| 24. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 25. ishares MSCI EAFE Growth Fund | | | | | Buy (add'l) | 01/03/11 | J | | |
| 26. | | | | | Sold (part) | 07/14/11 | K | C | |
| 27. | | | | | Buy (add'l) | 08/03/11 | K | | |
| 28. | | | | | Buy (add'l) | 08/10/11 | J | | |
| 29. DFA US Targeted Vaue Port | | | | | Buy | 08/03/11 | M | | |
| 30. | | | | | Buy (add'l) | 09/14/11 | J | | |
| 31. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 32. GNMA Pass Thru | | | | | | | | | |
| 33. GNMA Pass Thru | | | | | | | | | |
| 34. Bank of America Accts (MM & Chng) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CHRISTOPHER WEIL IRA ACCT | D | Dividend | M | T | | | | | |
| 36. Fidelity Cash Reserves MM | | | | | | | | | |
| 37. Eagle Overseas Class A (SGOVX) | | | | | | | | | |
| 38. ING Global Value Choice CL A (NAWGX) | | | | | | | | | |
| 39. Intrepid Small Cap Fund (ICMAX) | | | | | Sold | 10/17/11 | K | A | |
| 40. Oppenheimer Equity Inc CL A (OAEIX) | | | | | Sold | 09/01/11 | K | A | |
| 41. Principal Mid Cap Blend Fund Class A (PEMGX) | | | | | | | | | |
| 42. Virtus Emerging Mrkt Oppt Class A (HEMZX) | | | | | | | | | |
| 43. Yacktman Fund (YACKX) | | | | | | | | | |
| 44. First Eagle Global Class A (SGENX) | | | | | | | | | |
| 45. Ashton/River Road Independent Value I (ARVIX) | | | | | Buy | 10/17/11 | K | | |
| 46. Trust #1 Schwab Acct | G | Interest | P2 | T | | | | | |
| 47. Schwab Money Mkt Funds | | | | | | | | | |
| 48. Met Wtr Dist Co. Rev P/R | | | | | | | | | |
| 49. Fresno CA USD GO C13@103 6.150% 08/01/2013 | | | | | | | | | |
| 50. Redwood City CA ESD GO 5.50% 08/01/2012 | | | | | | | | | |
| 51. Redwood City CA ESD GO 5.50% 08/01/2013 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CA State GO 6.250% 09/01/12 | | | | | Sold | 09/01/11 | L | A | |
| 53. CA ED Facs Au Rev Stanford 5.25% 12/01/2013 UNIV | | | | | | | | | |
| 54. San Mateo CO CA St Tax Rev 5.25% 06/01/2017 | | | | | | | | | |
| 55. CA ST GO 5.357% 04/01/14 | | | | | | | | | |
| 56. CA Dept Trans RV 5.00% 02/01/15 | | | | | | | | | |
| 57. Southwestern CMTY Coll Dist 5.625% | | | | | Sold | 08/01/11 | N | A | |
| 58. Los Angeles CA GO 5.25% 09/01/2014 | | | | | Buy (add'l) | 01/14/11 | K | | |
| 59. Pajaro Valley CA USD GO 5.25% 08/01/2016 | | | | | | | | | |
| 60. LA CO CA Met Trans Sls Tax 5.00% 07/01/2012 | | | | | | | | | |
| 61. Southwestern Cmty Coll Dist CA GO 5.25% 08/01/2017 | | | | | | | | | |
| 62. Los Angeles CA GO 5.25% 09/01/2014 | | | | | | | | | |
| 63. Coast Cmty Coll Dist CA GO 5.00% 08/01/21 | | | | | | | | | |
| 64. LA CA USD GO 5.00% 07/01/2013/25 | | | | | | | | | |
| 65. East Bay Mud CA Wtr Sys 5.00% 06/01/2019 | | | | | | | | | |
| 66. LA CA Dept Wtr & Pwr 5.00% 07/01/2022 | | | | | | | | | |
| 67. Long Beach CA Wtr RV SF 13 5.750% 05/15/2015 | | | | | | | | | |
| 68. Napa Co CA Flood Impt RV 5.00% 06/15/2018 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. LA C0 CA Met Transp Sls Tax 6.00% 07/01/2011 | | | | | Sold | 07/01/11 | L | A | |
| 70. Los Angeles CA GO 5.250% 09/01/2014 | | | | | | | | | |
| 71. Sacramento CO CA Sani Dist FIN 5.250% 12/01/2022 Auth RV | | | | | | | | | |
| 72. Monterey Peninsula CA CCD GO 5.00% 08/01/2020 C18 | | | | | | | | | |
| 73. CA ST GO 5.00% 10/01/2017 CC16 | | | | | | | | | |
| 74. Sacramento CA MUD Elec RV C18 5.00% 08/15/2021 | | | | | | | | | |
| 75. Golden St Tobacco SEC Corp CA 5.50% 06/01/2013/33 | | | | | | | | | |
| 76. Aclanes CA Union High Schl 5.250% 08/01/2020 Dist GO C15 | | | | | | | | | |
| 77. CA Economic Recovery GO 5.00% 07/01/2015 CC14 | | | | | | | | | |
| 78. CA ST GO SF10 AL 8/11 6.250% 09/01/2012 | | | | | | | | | |
| 79. Bay Area Toll Auth CA RV C19 5.00% 04/01/2021 | | | | | | | | | |
| 80. San Diego CA PFA Sewer RV 5.00% 05/15/2016 | | | | | | | | | |
| 81. So CA PPA RV-Milford Wind 5.00% 07/01/2014 PJ#1 | | | | | | | | | |
| 82. CA ST GO 5.00% 03/01/2019 | | | | | | | | | |
| 83. San Francisco City & Ctny PUC 5.00% 11/01/2012 RV | | | | | | | | | |
| 84. CA Economic Recovery GO & RV 5.00% 07/01/2019 | | | | | | | | | |
| 85. Glendale CA USD GO 4.500% 09/01/2018 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Los Rios CA Cmty Coll Dist G0 4.00% 08/01/2016 | | | | | | | | | |
| 87. San Francisco CA PUC Wtr RV 4.00% 11/01/2017 CC16 | | | | | | | | | |
| 88. CA Wtr Res Cent Vlly PJ C19 5.000% 12/01/2024 | | | | | Buy | 01/12/11 | M | | |
| 89. San Diego CA PFA Sewer RV 5.00% 05/15/2016 | | | | | Buy | 02/07/11 | L | | |
| 90. San Francisco CA PUC WTR RV 5.000% 11/01/2025 C21@100 | | | | | Buy | 07/22/11 | M | | |
| 91. Los Angeles CA Dept Wtr & Pwr RV 5.00% 07/01/2021 C21@100 | | | | | Buy | 08/12/11 | N | | |
| 92. MERRILL LYNCH TRUST ACCT | F | Dividend | P1 | T | | | | | |
| 93. BofA CA TX EX RSV ADV | | | | | | | | | |
| 94. BIF CA Muncipal Money Mkt | | | | | | | | | |
| 95. Putnam Equity Income Class A | | | | | Sold | 07/08/11 | L | A | |
| 96. Putnam Global Health | | | | | Sold | 07/08/11 | M | A | |
| 97. Putnam Fund for Growth & Income | | | | | Sold | 07/08/11 | N | A | |
| 98. Putnam Int'l Equity CL A | | | | | Sold | 07/08/11 | M | A | |
| 99. Putnam Investors Class A | | | | | Sold | 07/08/11 | L | A | |
| 100. Putnam Multi-Cap Growth | | | | | Sold | 07/08/11 | N | F | |
| 101. Putnam Voyager Class A | | | | | Sold | 07/08/11 | N | G | |
| 102. California St. Oct 2 - 5.000% Oct 01/22 Cusip | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. California St. Apr 07 5.000% Aug01/23 Cusip | | | | | | | | | |
| 104. California St. May 03 5.000% Feb01/26 Cusip | | | | | | | | | |
| 105. Calif CO CA TOB Jul 02 05.875% Jun 01/27 Cusip | | | | | | | | | |
| 106. California St. Apr 08 5.000% Apr01/38 Cusip 1 | | | | | | | | | |
| 107. California ST VAR Purp Jun 07 5.000% Jn01/37Cusip | | | | | | | | | |
| 108. California ST VAR PURP Jun07 5.000% Jun01/24 Cusip | | | | | | | | | |
| 109. California St Sep05 5.000% Aug01.22 Cusip | | | | | | | | | |
| 110. California St. Apr 05 5.000% May01/24 Cusip | | | | | | | | | |
| 111. California St Jul08 5.500% Aug 01/22 Cusip | | | | | | | | | |
| 112. Schwab 401(k) Account | D | Dividend | O | T | | | | | |
| 113. Schwab Money Market (Core Money Market Fd) | | | | | | | | | |
| 114. DFA Int'l Value Fund | | | | | Buy (add'l) | 01/31/11 | J | | |
| 115. | | | | | Buy (add'l) | 03/17/11 | J | | |
| 116. | | | | | Sold (part) | 07/14/11 | L | D | |
| 117. | | | | | Buy (add'l) | 08/03/11 | L | | |
| 118. | | | | | Buy (add'l) | 10/31/11 | L | | |
| 119. DFA Small Cap Value Fund | | | | | Buy (add'l) | 01/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 07/14/11 | M | E | |
| 121. DFA US Large Cap Value Fund | | | | | Buy (add'l) | 01/31/11 | J | | |
| 122. | | | | | Buy (add'l) | 03/17/11 | J | | |
| 123. | | | | | Buy (add'l) | 04/14/11 | L | | |
| 124. | | | | | Sold (part) | 07/14/11 | M | E | |
| 125. | | | | | Buy (add'l) | 08/03/11 | M | | |
| 126. | | | | | Sold (part) | 10/11/11 | L | A | |
| 127. | | | | | Sold (part) | 10/31/11 | L | A | |
| 128. iShares Russell 1000 Grwth Index | | | | | Buy (add'l) | 01/28/11 | K | | |
| 129. | | | | | Buy (add'l) | 03/17/11 | J | | |
| 130. | | | | | Sold (part) | 04/05/11 | L | A | |
| 131. | | | | | Sold (part) | 07/14/11 | M | E | |
| 132. | | | | | Buy (add'l) | 08/03/11 | M | | |
| 133. | | | | | Buy (add'l) | 10/12/11 | L | | |
| 134. DFA Emerg Mkts Core Equity | | | | | Buy (add'l) | 01/31/11 | J | | |
| 135. | | | | | Buy (add'l) | 03/17/11 | J | | |
| 136. | | | | | Sold (part) | 07/14/11 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 08/03/11 | L | | |
| 138. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 139. | | | | | Buy (add'l) | 12/28/11 | J | | |
| 140. iShares MSCI EAFE Growth Fund | | | | | Buy (add'l) | 01/03/11 | J | | |
| 141. | | | | | Buy (add'l) | 01/28/11 | J | | |
| 142. | | | | | Buy (add'l) | 03/17/11 | J | | |
| 143. | | | | | Sold (part) | 07/14/11 | K | C | |
| 144. | | | | | Buy (add'l) | 08/03/11 | K | | |
| 145. | | | | | Buy (add'l) | 08/10/11 | J | | |
| 146. DFA US Targeted Value Port | | | | | Buy | 08/03/11 | M | | |
| 147. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 148. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 149. GENTER ADVISORS (SCHWAB) DFA IRA #2 | E | Dividend | P1 | T | | | | | |
| 150. DFA Small Cap Value Fund | | | | | Sold (part) | 01/25/11 | J | A | |
| 151. | | | | | Sold (part) | 05/17/11 | J | A | |
| 152. | | | | | Sold | 07/14/11 | M | F | |
| 153. DFA US Large Cap Value Fd | | | | | Buy (add'l) | 04/14/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 07/14/11 | N | F | |
| 155. | | | | | Buy (add'l) | 08/03/11 | O | | |
| 156. | | | | | Sold (part) | 10/11/11 | M | A | |
| 157. | | | | | Sold (part) | 10/17/11 | J | A | |
| 158. | | | | | Sold (part) | 10/31/11 | M | A | |
| 159. | | | | | Buy (add'l) | 12/28/11 | J | | |
| 160. iShares Russell 1000 Grwth IDX | | | | | Buy (add'l) | 01/26/11 | J | | |
| 161. | | | | | Sold (part) | 03/31/11 | M | A | |
| 162. | | | | | Sold (part) | 007/14/1 | N | G | |
| 163. | | | | | Buy (add'l) | 08/03/11 | N | | |
| 164. | | | | | Buy (add'l) | 10/12/11 | M | | |
| 165. DFA Int'l Value Fund | | | | | Sold (part) | 07/14/11 | M | E | |
| 166. | | | | | Buy (add'l) | 08/03/11 | M | | |
| 167. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 168. | | | | | Buy (add'l) | 10/31/11 | M | | |
| 169. DFA Emeg Mkts Core Equity | | | | | Buy (add'l) | 02/11/11 | J | | |
| 170. | | | | | Sold (part) | 07/14/11 | M | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 08/03/11 | M | | |
| 172. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 173. | | | | | Buy (add'l) | 12/28/11 | J | | |
| 174. iShares MSCI EAFE Growth Fund | | | | | Buy (add'l) | 01/03/22 | J | | |
| 175. | | | | | Buy (add'l) | 08/08/11 | J | | |
| 176. | | | | | Sold (part) | 07/14/11 | L | D | |
| 177. | | | | | Buy (add'l) | 08/03/11 | L | | |
| 178. | | | | | Buy (add'l) | 08/10/11 | J | | |
| 179. DFA US Targeted Value Port | | | | | Buy | 08/03/11 | N | | |
| 180. | | | | | Buy (add'l) | 08/12/11 | J | | |
| 181. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 182. MERRILL LYNCH IRA #3 | E | Dividend | N | T | | | | | |
| 183. BofA Cash RSV Daily MM | | | | | | | | | |
| 184. FIA Card Services NA RASP MM | | | | | | | | | |
| 185. BAC Capital Trust III PFD STK 7.00% Cusip ▨ | | | | | | | | | |
| 186. BAC Capital Trust IIIPFD STK 7.00% Feb 02/32 Cusip ▨ | | | | | | | | | |
| 187. Deutsche BK Cap FDG TR X Noncu TR 7.35% Cusip ▨ | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Wells Fargo CAP XI Enh TR PFD 6.250% 06/15/12 Cusip | | | | | | | | | |
| 189. GNM P285818 09% 2020 Cusip | | | | | | | | | |
| 190. Citigroup Cap XIX PFD 7.25% 8/15/67 Cusip | | | | | | | | | |
| 191. Fleet CAP T VIII 7.20% 3/15/2032 Cusip | | | | | | | | | |
| 192. ING Groep N.V. 6.375% Cusip 4 | | | | | | | | | |
| 193. BB&T Cap TR VII 8.10% due 11/01/69 Cusip | | | | | | | | | |
| 194. General Electric Capital 06.625% 06/28/32 Cusip | | | | | | | | | |
| 195. National City Cap TR III TR 6.625% 5/25/67 Cusip | | | | | | | | | |
| 196. Fleet Cap TVIII 7.20% 3/15/2032 Cusip | | | | | | | | | |
| 197. Schwab Trust C | F | Dividend | P1 | T | | | | | |
| 198. Chesapeake Engergy Corp | | | | | | | | | |
| 199. Intel Corporation | | | | | Buy (add'l) | 05/10/11 | K | | |
| 200. Pepsico Incorporated | | | | | | | | | |
| 201. Best Buy Company | | | | | Buy (add'l) | 06/13/11 | K | | |
| 202. | | | | | Sold | 09/16/11 | M | A | |
| 203. Teva Pharmaceutical - ADR | | | | | Buy (add'l) | 08/09/11 | K | | |
| 204. Kohls Corporation | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Eastman Chemical Company | | | | | Sold (part) | 01/19/11 | K | E | |
| 206. | | | | | Sold | 05/23/11 | M | G | |
| 207. Microchip Technology Inc | | | | | Sold | 05/31/11 | M | F | |
| 208. Procter and Gamble Company | | | | | | | | | |
| 209. United Parcel Service - CL B | | | | | | | | | |
| 210. International Business Machine | | | | | Sold | 05/13/11 | L | E | |
| 211. International Business Machine | | | | | Sold | 05/13/11 | L | E | |
| 212. Resmed Inc | | | | | | | | | |
| 213. Resmed Inc | | | | | | | | | |
| 214. Resmed Inc | | | | | | | | | |
| 215. Resmed Inc | | | | | | | | | |
| 216. Schlumberger Ltd | | | | | | | | | |
| 217. Texas Instruments Inc | | | | | | | | | |
| 218. Verizon Communications | | | | | | | | | |
| 219. Genuine Parts Co | | | | | Sold | 10/26/11 | M | E | |
| 220. Wal-Mart Stores | | | | | Buy (add'l) | 05/26/11 | L | | |
| 221. | | | | | Sold | 07/20/11 | M | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Alcoa Inc | | | | | Sold (part) | 01/05/11 | L | E | |
| 223. Emerson Electric Company | | | | | | | | | |
| 224. Schlumberger Ltd | | | | | | | | | |
| 225. Schlumberger Ltd | | | | | Buy (add'l) | 06/01/11 | K | | |
| 226. Emerson Electric Company | | | | | | | | | |
| 227. Alcoa Inc | | | | | Sold | 04/13/11 | L | E | |
| 228. Abbott Laboratories | | | | | Sold | 11/09/11 | M | E | |
| 229. Taiwan Semiconductor - SP ADR | | | | | Sold (part) | 01/31/11 | K | D | |
| 230. Bank of New York Mellon | | | | | Buy (add'l) | 03/30/11 | K | | |
| 231. | | | | | Buy (add'l) | 10/10/11 | K | | |
| 232. | | | | | Buy (add'l) | 11/30/11 | K | | |
| 233. Chesapeake Energy Corp | | | | | | | | | |
| 234. Proctor & Gamble Company | | | | | | | | | |
| 235. Proctor Gamble Company | | | | | | | | | |
| 236. Oracle Corp | | | | | | | | | |
| 237. McDonalds Corp | | | | | | | | | |
| 238. Activision Blizzard Inc | | | | | Sold | 08/01/11 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 18 of 25

Name of Person Reporting

Snyder, Christina A.

Date of Report

05/14/2012

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Gilead Sciences Inc | | | | | Buy (add'l) | 06/01/11 | K | | |
| 240. Archer Daniels Midland Co | | | | | Buy (add'l) | 08/03/11 | K | | |
| 241. Marsh & McLennan Cos Inc | | | | | | | | | |
| 242. Hewlett Packard Company | | | | | Buy (add'l) | 05/31/11 | K | | |
| 243. | | | | | Sold | 08/23/11 | L | A | |
| 244. Aflac | | | | | Buy (add'l) | 03/03/11 | K | | |
| 245. | | | | | Sold | 05/27/11 | L | A | |
| 246. Adobe Systems Inc | | | | | | | | | |
| 247. Cisco Systems | | | | | Buy (add'l) | 04/07/11 | K | | |
| 248. Haliburton Company | | | | | Buy (add'l) | 03/03/11 | K | | |
| 249. | | | | | Buy (add'l) | 11/30/11 | K | | |
| 250. Southwest Airlines Co | | | | | Buy | 01/05/11 | L | | |
| 251. | | | | | Sold | 10/07/11 | K | A | |
| 252. Google Inc - Cl A | | | | | Buy | 05/27/11 | M | | |
| 253. Jabil Circuit Inc | | | | | Buy | 06/07/11 | L | | |
| 254. | | | | | Buy (add'l) | 08/03/11 | K | | |
| 255. | | | | | Buy (add'l) | 08/09/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Kellogg Company | | | | | Buy | 06/07/11 | L | | |
| 257. | | | | | Sold | 08/16/11 | L | A | |
| 258. Baker Hughes | | | | | Buy | 08/17/11 | L | | |
| 259. | | | | | Buy (add'l) | 09/15/11 | K | | |
| 260. Dow Chemical Co | | | | | Buy | 08/17/11 | L | | |
| 261. | | | | | Buy (add'l) | 11/30/11 | K | | |
| 262. PNC Financial Services Group | | | | | Buy | 08/29/11 | L | | |
| 263. Illinois Tool Works | | | | | Buy | 09/15/11 | M | | |
| 264. Whiting Petroleum Corp | | | | | Buy | 10/11/11 | L | | |
| 265. Navistar International | | | | | Buy | 10/17/11 | L | | |
| 266. | | | | | Buy (add'l) | 10/27/11 | K | | |
| 267. Dril-Quip Inc | | | | | Buy | 11/07/11 | L | | |
| 268. Schwab Trust D | G | Dividend | P1 | T | | | | | |
| 269. Abbott Laboratories | | | | | Sold | 10/28/11 | L | E | |
| 270. Altria Group Inc | | | | | | | | | |
| 271. Bank of New York Mellon Corp | | | | | Buy (add'l) | 08/09/11 | K | | |
| 272. | | | | | Buy (add'l) | 11/30/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Intel Corporation | | | | | | | | | |
| 274. Intel Corporation | | | | | | | | | |
| 275. Pepsico Incorporated | | | | | | | | | |
| 276. Johnson & Johnson | | | | | | | | | |
| 277. Philip Morris Intl Inc | | | | | | | | | |
| 278. Taiwan Semiconductor - SP ADR | | | | | | | | | |
| 279. Eastman Chemical Company | | | | | | | | | |
| 280. Pitney Bowes | | | | | | | | | |
| 281. Chevron Corp | | | | | | | | | |
| 282. Microchip Technology Inc | | | | | | | | | |
| 283. Scana Corp | | | | | Sold | 08/24/11 | M | E | |
| 284. VF Corporation | | | | | Sold (part) | 10/20/11 | L | E | |
| 285. Bristol-Myers Squibb Co | | | | | | | | | |
| 286. Bristol-Myers Squibb Co | | | | | | | | | |
| 287. Kimberly Clark Corporation | | | | | | | | | |
| 288. Genuine Parts Co | | | | | | | | | |
| 289. Bank of New York Mellon Corp | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Verizon Communications | | | | | | | | | |
| 291. United Parcel Services - CL B | | | | | | | | | |
| 292. VF Corporation | | | | | | | | | |
| 293. Emerson Electric Company | | | | | Sold (part) | 06/06/11 | L | D | |
| 294. PPG Industires | | | | | | | | | |
| 295. PPG Industries | | | | | | | | | |
| 296. Emerson Electric Company | | | | | | | | | |
| 297. Altria Group Inc | | | | | | | | | |
| 298. Abbott Laboratories | | | | | Sold | 10/28/11 | K | D | |
| 299. Taiwan Semiconductor - SP-ADR | | | | | | | | | |
| 300. Kellogg Company | | | | | Sold | 07/19/11 | M | E | |
| 301. Eastman Chemical Company | | | | | | | | | |
| 302. Pitney Bowes Inc | | | | | | | | | |
| 303. Total SA SPON ADR | | | | | Buy (add'l) | 03/30/11 | K | | |
| 304. | | | | | Buy (add'l) | 09/15/11 | K | | |
| 305. Marsh & McClennan Cos Inc | | | | | | | | | |
| 306. Wal Mart Stores | | | | | Sold | 07/20/11 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Nucor Corporation | | | | | Buy (add'l) | 11/30/11 | K | | |
| 308. Novartis AG ADR | | | | | | | | | |
| 309. Aflac Inc | | | | | Buy (add'l) | 03/03/11 | K | | |
| 310. | | | | | Sold | 03/18/11 | M | A | |
| 311. Merck & Company | | | | | Buy | 05/19/11 | L | | |
| 312. | | | | | Buy (add'l) | 10/06/11 | K | | |
| 313. Applied Materials Inc | | | | | Buy | 06/06/11 | L | | |
| 314. | | | | | Buy (add'l) | 08/01/11 | K | | |
| 315. Molson Coors Brewing Co-B | | | | | Buy | 07/21/11 | L | | |
| 316. PNC Financial Services Group | | | | | Buy | 08/29/11 | M | | |
| 317. Illinois Tool Works | | | | | Buy | 09/15/11 | L | | |
| 318. PPL Corp | | | | | Buy | 09/21/11 | L | | |
| 319. Blackrock Inc | | | | | Buy | 10/28/11 | M | | |
| 320. Christopher Weil Trust | A | Interest | L | T | | | | | |
| 321. Regional Housing Fund 2 | | | | | Buy | 06/13/11 | M | | |
| 322. U.S. Trust - Trust | A | Dividend | P1 | T | | | | | |
| 323. BofA CA Tax-Exmpt Reserves | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. CA St Var Pup GO & GO Ref BDS Dtd 9/28/11 04.000Due 09/01/20 | | | | | Buy | 11/10/11 | M | | |
| 325. Los Angeles CA Dept Wtr & Pwr Sys Rev BDS- OIDDtd 12/28/05 | | | | | Buy | 11/23/11 | M | | |
| 326. CA ST Dept Trans Rev Fed Hwy Grant Antic BDS Dtd 10/16/08 | | | | | Buy | 11/25/11 | M | | |
| 327. CA ST Pub Wks Brd Leas Rev BDS Dtd 11/29/11 03.00 | | | | | Buy | 11/29/11 | M | | |
| 328. So CA Pub PWR AUTH Re Rev BDS DTD 09/09/10 04.000 | | | | | Buy | 11/29/11 | M | | |
| 329. CA ST DEPT WTR RES PWR REV BDS DTD 10/20/10 04.000 | | | | | Buy | 11/29/11 | M | | |
| 330. LA CA Uni Sch Dist Ref BDS DTD 11/01/11 04.000 | | | | | Buy | 12/01/11 | M | | |
| 331. Nevada IRR DIST JT PWRS AUTH C REV BDS DTD 12/31/11 04.000 | | | | | Buy | 12/13/11 | M | | |
| 332. San Elijo CA JT PWRS AUTH REF BDS DTD 12/21/11 04.000 | | | | | Buy | 12/21/11 | M | | |
| 333. | | | | | | | | | |
| 334. | | | | | | | | | |
| 335. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/14/2012 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII. Page 22. line 319 - New Account established in 2011
2/ Part VII, Page 22, line 321 - New Account established in 2011

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christina A. Snyder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544